# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

UNITED STATES OF AMERICA

    v.                                                        Crim. No. 4:05-CR-82-1BR

CRAIG ALLEN OVERMAN

       On Tuesday, February 23, 2010, the above named was placed on supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                                         Respectfully submitted,

                                                                         /s/ Michael C. Brittain  
                                                                         Michael C. Brittain  
                                                                         Senior U.S. Probation Officer

## ORDER OF COURT

       Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

       Dated this    1    day of   March  , 2013.

                                                                          W. Earl Britt  
                                                                         Senior U.S. District Judge